No. 11-5397. John Renard Harris, Petitioner v. Stephen Upton, Warden.

565 U.S. 905, 132 S. Ct. 305, 181 L. Ed. 2d 187, 2011 U.S. LEXIS 5521, ▇▇▇▇

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

No. 11-5399. Sergei Paul Ludwig, Petitioner v. United States.

565 U.S. 905, 132 S. Ct. 306, 181 L. Ed. 2d 187, 2011 U.S. LEXIS 5500.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 641 F.3d 1243.

No. 11-5400. George Timothy White, Petitioner v. Mike Mullin, Warden.

565 U.S. 905, 132 S. Ct. 306, 181 L. Ed. 2d 187, 2011 U.S. LEXIS 5715.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 424 Fed. Appx. 774.

No. 11-5401. Jesus Vega, Petitioner v. Marcus Hardy, Warden.

565 U.S. 905, 132 S. Ct. 306, 181 L. Ed. 2d 187, 2011 U.S. LEXIS 5611.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

No. 11-5402. Jerome Prevet, Petitioner v. Michael C. Barone, et al.

565 U.S. 905, 132 S. Ct. 306, 181 L. Ed. 2d 187, 2011 U.S. LEXIS 5532.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 428 Fed. Appx. 218.

No. 11-5403. Merideth Myles, aka Meredith Myles, Petitioner v. Maryland.

565 U.S. 905, 132 S. Ct. 306, 181 L. Ed. 2d 187, 2011 U.S. LEXIS 5721.

October 3, 2011. Petition for writ of certiorari to the Court of Special Appeals of Maryland denied.

Same case below, 197 Md. App. 759.

No. 11-5404. Rebecca Jackson, Petitioner v. United States.

565 U.S. 905, 132 S. Ct. 306, 181 L. Ed. 2d 187, 2011 U.S. LEXIS 5791.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

No. 11-5405. Michael Lane, Petitioner v. John Doe, et al.

565 U.S. 905, 132 S. Ct. 307, 181 L. Ed. 2d 187, 2011 U.S. LEXIS 5882.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 399 Fed. Appx. 964.